UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANTHONY PEPE, JR.,

               Plaintiff,

v.

KENEV INC., et al,

               Defendants.
-----------------------------------------------------------x

**ORDER**

23-CV-07747 (PMH)

PHILIP M. HALPERN, United States District Judge:

On August 31 2023, Plaintiff Anthony Pepe, Jr., ("Plaintiff") commenced the instant action against Defendants Kenev Inc. ("Kenev"), Rabid Liens Inc. ("Rabid Liens"), Edie Carpenter, Jr. ("Carpenter"), and Kenmax Inc., d/b/a Boatmax II ("Kenmax" and together, "Defendants"). (Doc. 1).

On September 18 and 20, 2023, the Clerk of Court issued summonses as to Defendants. (Docs. 9-10, 13-14). Plaintiff filed affidavits of service as to Carpenter, Rapid Liens, and Kenev (Docs. 15-17) on October 30 and November 10, 2023. Defendants did not answer or otherwise respond to the Complaint. There has been no activity on the docket since the filing of the affidavits of service.

Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by January 8, 2024. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
       December 1, 2023

_____
Hon. Philip M. Halpern
United States District Judge