```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ANTHONY PEPE, JR.,                                           :
                        Plaintiff,                           :
                                                             :
v.                                                           :         ORDER
                                                             :
KENEV INC., et al,                                           :         23-CV-07747 (PMH)
                                                             :
                        Defendants.                          :
                                                             :
-------------------------------------------------------------x
```

PHILIP M. HALPERN, United States District Judge:

On August 31, 2023, Anthony Pepe, Jr., ("Plaintiff") commenced the instant action against Kenev Inc. ("Kenev"), Rapid Liens Inc., Edie Carpenter, Jr., and Kenmax Inc., d/b/a Boatmax II ("Boatmax II"). (Doc. 1). On January 24, 2024, Plaintiff filed, with leave of the Court, a First Amended Complaint which added Minneford Marina ("Minneford") as a Defendant. (Doc. 33, "FAC").

On April 11, 2024, Plaintiff filed affidavits of service as to Boatmax II, Kenev, and Minneford, indicating that they had been served on March 26, 2024. (Docs. 44-46). Their deadline to move or answer with respect to the First Amended Complaint was April 16, 2024. There has been no activity on the docket since the filing of the affidavits of service.

Accordingly, Plaintiff is directed to file, by **May 6, 2024 at 5:00 p.m.**, a letter advising the Court as to the status of this action.

**SO ORDERED:**

Dated:  White Plains, New York
        May 2, 2024

_____
Hon. Philip M. Halpern
United States District Judge