UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ANTHONY PEPE, JR.,                           :
                              Plaintiff,     :
                                             :
v.                                           :     **ORDER**
                                             :
KENEV INC., et al,                           :     23-CV-07747 (PMH)
                                             :
                              Defendants.    :
                                             :
-------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

Counsel for Plaintiff and counsel for Chesapeake Bay Properties, Inc., d/b/a Minneford Marina ("Chesapeake"), Boatmax, Inc. ("Boatmax"), and Boatmax II, Inc. ("Boatmax II"), appeared telephonically for a pre-motion conference on July 22, 2024.

At the conference, the Court granted Plaintiff leave to file a Second Amended Complaint by August 21, 2024. To the extent a Second Amended Complaint is timely filed, counsel agreed to accept service of the Second Amended Complaint on behalf of Chesapeake, Boatmax, and Boatmax II. The Court directed that, within 14 days of the filing of any Second Amended Complaint, Chesapeake, Boatmax, and Boatmax II shall advise the Court via letter filed on ECF as to whether they intend to file an answer or proceed with their motion to dismiss. Also, to the extent Kenev, Inc. d/b/a Boatmax is named as a defendant in the Second Amended Complaint, counsel for Chesapeake, Boatmax, and Boatmax II shall advise the Court whether he is representing Kenev, Inc. d/b/a Boatmax.

Moreover, the Court directed counsel for Chesapeake, Boatmax, and Boatmax II to search for documents related to the alleged sale of the subject vessel and produce any such documents to Plaintiff forthwith.

**SO ORDERED:**

Dated:  White Plains, New York
        July 22, 2024

_____

Hon. Philip M. Halpern
United States District Judge