UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANTHONY PEPE, JR.,

           Plaintiff,

v.

KENEV INC., et al,

           Defendants.
-----------------------------------------------------------x

**ORDER**

23-CV-07747 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff Anthony Pepe, Jr. and Defendants Chesapeake Bay Properties, Inc. d/b/a Minneford Marina, Boatmax II, Inc. s/h/a Boatmax II, and Boatmax, Inc. filed a Stipulation of Discontinuance on August 9, 2024 (Doc. 80) and August 13, 2024 (Doc. 81). The Clerk of Court notified the parties that these filings were deficient. Accordingly, to the extent the parties seek to dismiss the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties shall, by **September 12, 2024**, re-file their Stipulation of Discontinuance correcting the deficiencies identified on the docket.

**SO ORDERED:**

Dated: White Plains, New York
       September 4, 2024

_____
Hon. Philip M. Halpern
United States District Judge