UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTHONY PEPE, JR.,

             Plaintiff,

v.

KENEV INC., et al,

             Defendants.
------------------------------------------------------------x

**ORDER**

23-CV-07747 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff Anthony Pepe, Jr. and Defendants Chesapeake Bay Properties, Inc. d/b/a Minneford Marina, Boatmax II, Inc. s/h/a Boatmax II, and Boatmax, Inc. filed a Stipulation of Discontinuance on September 11, 2024. (Doc. 84). On September 12, 2024, the Court terminated the action as to those Defendants and directed Plaintiff to, by September 20, 2024, file a letter advising the Court whether he intends to proceed with this action against Defendants Rapid Liens, Inc. and Eddie Carpenter Jr. (Doc. 85). There has been no activity on the docket since then.

    Accordingly, Plaintiff shall, by **October 4, 2024**, file a letter advising the Court whether he intends to proceed with this action against the remaining Defendants: Rapid Liens, Inc. and Eddie Carpenter Jr. Plaintiff is warned that failure to comply with this Order will result in dismissal of this action without prejudice.

**SO ORDERED:**

Dated: White Plains, New York
       September 27, 2024

_____
Hon. Philip M. Halpern
United States District Judge